

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-19-00773-CV

Stephen S. **STOKWITZ**,
Appellant

v.

Marcus **TINAJERO**, Charles P. Jones, and Linda Tinajero Jones,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0464-CVA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The Appellee's Motion to Substitute Counsel by Arthur G. Vega is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court